UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITES STATES OF AMERICA and NEW YORK
STATE *ex rel.* MICHAEL QUARTARARO,

                    Plaintiff-Relator,

        -against-

CATHOLIC HEALTH SYSTEM OF LONG ISLAND,
INC. d/b/a CATHOLIC HEALTH SERVICES OF
LOING ISLAND, ST. CATHERINE OF SIENA
MEDICAL CENTER, ST. CATHERINE OF SIENA
NURSING HOME, GOOD SAMARITAN HOSPITAL
MECICAL CENTER and GOOD SAMARITAN
NURSING HOME,

                    Defendants.

Civil Action No.
12-CV-4425-MKB-RML

## STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, representing all parties who have appeared in this action, that all surviving claims that have been asserted by plaintiff-relator in this action are hereby voluntarily dismissed, with prejudice and on the merits, and that the action is hereby voluntarily dismissed, in its entirety, with prejudice.

Dated: April 23, 2024

**KAISER, SAURBORN & MAIR, P.C.**

By: s/_____
            Daniel J. Kaiser

30 Broad Street, 37th Floor
New York, NY 10004
(212) 338-9100
kaiser@ksmlaw.com
*Attorneys for plaintiff-relator*

Dated: May 20, 2024

**HODGSON RUSS LLP**

By: s/_____
            Thomas S. D'Antonio

1800 Bausch & Lomb Place
Rochester, NY 14604
(585) 454-0700
tdantonio@hodgsonruss.com
*Attorneys for defendants*